1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2763

FILED

JUN 1 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: APPLICATION FOR       )
PEN REGISTER, TRAP AND       )    2:05-SW 00125
TRACE DEVICE, CALLER         )
IDENTIFICATION SERVICE,      )    **UNDER SEAL**
AND CELL SITE, BILLING,      )
AIR TIME, AND SUBSCRIBER     )
INFORMATION                  )
_____)

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: June ⎯1⎯, 2005

_____
PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE